## 10209.    JACKSON v. CAMPBELL.

LUKE, J. 1. When money is paid into court by a garnishee with an answer of indebtedness, he may be discharged if there be no traverse to his answer.

(a) A claim to such money may be filed by anyone who claims it, and the the question of title is disposed of under the rules which govern the trial of ordinary claim cases.

2. Upon the admissions of the plaintiff as shown by the answer of the trial judge whose judgment is complained of in the petition for certiorari, and the other facts appearing in the record, the judge of the superior court did not err in overruling the certiorari.

> Judgment affirmed. Wade, C. J., and Jenkins, J., concur.
> DECIDED APRIL 19, 1919.

Certiorari; from Fulton superior court—Judge Pendleton. October 31, 1918.

R. R. Jackson, for plaintiff.    W. O. Wilson, contra.

---

## 10210.    MASTERS v. SOUTHERN EXPRESS COMPANY.

LUKE, J. 1. The writ of certiorari lies for the correction of errors committed by the trial court. Accordingly, the writ may not for the first time raise a point which should have been raised before the trial court, and on which that court should have been given an opportunity to rule at the time of trial.

2. Upon the petition for certiorari and the answer thereto no error in the trial of the case is shown. The judge of the superior court did not err in overruling the certiorari.

> Judgment affirmed. Wade, C. J., and Jenkins, J., concur.
> DECIDED APRIL 19, 1919.

Certiorari; from Fulton superior court—Judge Pendleton. October 29, 1918.

R. R. Jackson, for plaintiff.

Robert C. & Philip H. Alston, Herman E. Riddell, for defendant.